# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAZON RODRIGUEZ, AND ANTHONY GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER DAVID CERVANTES, OFFICER ROLANDO MATA, and DOE OFFICERS 1-40<br><br>Defendants. | **CASE NO.  2:25-cv-04042-MWF-BFMx**<br>Hon. Michael W. Fitzgerald, Crtrm. 5A<br>Magistrate: Hon. Brianna Fuller Mircheff, Crtrm. 780 (Roybal)<br>(Action Filed:  May 6, 2025)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  2/26/2026

_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1