UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:25–cv–04042–MWF–BFM        Date        April 8, 2026

Title        CORAZON RODRIGUEZ ET AL V. CITY OF LOS ANGELES ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                               Not Reported;
       Courtroom Deputy                            Court Reporter

  Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
          None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 4/07/2026, the Court sets a hearing on Order To Show Cause Re Dismissal for October 26, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                    Initials of Clerk: _rs_