JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORAZON RODRIGUEZ and ANTHONY GARCIA,<br>Plaintiffs,<br>v.<br>CITY OF LOS ANGELES, et al.,<br>Defendants. | Case No. CV 25-4042-MWF(BFMx)<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE |

The Court has considered the parties' Joint Stipulation to Dismiss with Prejudice (the "Stipulation"). (Docket No. 30). For good cause shown, the Stipulation is GRANTED, and the Court ORDERS as follows:

1. The above-entitled matter is DISMISSED in its entirety, with prejudice, as against all Defendants, including their past, present, and future officers, supervisors, directors, attorneys, employees, agents, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendant is now, has been, or may hereafter be affiliated.
2. Each party will bear their own costs; and

///

///

3. Each party waives all claims for attorneys' fees and costs under Title 42, United States Code, § 1988, and any other provision of law.

IT IS SO ORDERED.

Dated: August 21, 2026

MICHAEL W. FITZGERALD
United States District Judge